UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY JOE BARBER, III,

                Plaintiff,

    v.

KITSAP COUNTY SHERIFF'S
DEPARTMENT et al.,

                Defendant.

CASE NO. 3:24-cv-05863-KKE-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold and the remaining record,[1] does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This case is DISMISSED without prejudice for Plaintiff's failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 31st day of July, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] Plaintiff has not responded or otherwise objected to the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1